**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

May 26, 2020

Mr. Jeffrey Bradford Kahan
U.S. DEPARTMENT OF JUSTICE
Capital Case Unit
1331 F Street, N.W
Washington, DC 20530

Mr. James Robert Wood
U.S. ATTORNEY'S OFFICE
Southern District of Indiana
Suite 2100
10 W. Market Street
Indianapolis, IN 46204-3048

RE: 20-2042 Jeffery Paul v. United States

Dear Counsel:

A motion for permission to file a successive habeas has been filed and assigned the caption and case number shown above. A copy of the motion is attached.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Your response to the motion is due within fourteen days of your receipt of this letter. Please serve a copy of your response on movant. Further information about the court's procedures in successive habeas proceedings is contained in Eighth Circuit Rule 22B "Second or Successive Habeas Corpus and Section 2255 Proceedings."

Upon receipt of your response, the matter will be referred to the court for a ruling.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

Please contact this office if you have any questions.

Michael E. Gans
Clerk of Court

AEV

Enclosure(s)

cc: Ms. Shawn Nolan
Mr. Jeffery William Paul

District Court/Agency Case Number(s): 6:13-cv-06014-JLH
6:96-cr-60022-TLB-1

**Caption For Case Number: 20-2042**

Jeffery William Paul

Petitioner

v.

United States of America

Respondent

**Addresses For Case Participants: 20-2042**

Mr. Jeffrey Bradford Kahan
U.S. DEPARTMENT OF JUSTICE
Capital Case Unit
1331 F Street, N.W
Washington, DC 20530

Mr. James Robert Wood
U.S. ATTORNEY'S OFFICE
Southern District of Indiana
Suite 2100
10 W. Market Street
Indianapolis, IN 46204-3048

Ms. Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE
545W The Curtis Center
601 Walnut Street
Philadelphia, PA 19106-0000

Mr. Jeffery William Paul
FEDERAL CORRECTIONAL INSTITUTION
10517-042
P.O. Box 33
Terre Haute, IN 47808-0000