## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 05/26/2020

**Case Name:** Jeffery Paul v. United States
**Case Number:** 20-2042

**Docket Text:**
MOTION for Permission to file a Successive Habeas Petition (Electronic), filed by Petitioner Mr. Jeffery William Paul w/service 05/26/2020. [4916720] [20-2042]

**The following document(s) are associated with this transaction:**
Document Description:  Motion for successive habeas petition

**Notice will be mailed to:**

Mr. Jeffery William Paul
FEDERAL CORRECTIONAL INSTITUTION
10517-042
P.O. Box 33
Terre Haute, IN  47808-0000

Mr. James Robert Wood
U.S. ATTORNEY'S OFFICE
Southern District of Indiana
Suite 2100
10 W. Market Street
Indianapolis, IN  46204-3048

**Notice will be electronically mailed to:**

Mr. Jeffrey Bradford Kahan: jeffrey.kahan@usdoj.gov
Ms. Shawn Nolan: shawn.nolan@fd.org, angelica_melendez@fd.org