UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

**APPEARANCE OF COUNSEL**

Case Title: Jeffery Paul vs. United States of America

**The Clerk will enter my appearance as Counsel in Appeal No.** 20-2042 for the following party(s): (please specify)

Jeffery William Paul

☐ Appellant(s) ☑ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Shawn Nolan s/: Shawn Nolan

Firm Name: Federal Community Defender Office for the Eastern District of Pennsylvania

Business Address: 601 Walnut Street, 545 West

City/State/Zip: Philadelphia, PA 19106

Telephone Number (Area Code): 215-928-0520

Email Address: Shawn_Nolan@fd.org

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 6/01/20, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: