UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

**APPEARANCE OF COUNSEL**

Case Title: Jeffery William Paul vs. United States of America

**The Clerk will enter my appearance as Counsel in Appeal No.** 20-2042 for the following party(s): (please specify)

United States of America

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☑ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Jeffrey B. Kahan s/: Jeffrey B. Kahan

Firm Name: U.S. Dept. of Justice, Capital Case Section

Business Address: 1331 F Street, NW; 6th Fl.

City/State/Zip: Washington, DC 20530

Telephone Number (Area Code): 202-305-8910

Email Address: jeffrey.kahan@usdoj.gov

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 6/2/2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: