revised by the Court's staff and by the Court and then the attorneys have examined those instructions, propose instructions, which include 26 proposed instructions together with an instruction list as an index.

And we now come on the record to allow each side to make any record they desire to make with respect to the same.

Does the United States have any objection to the proposed instructions as they now stand?

BY MR. SNYDER: No, sir.

BY THE COURT: Does the defendants have any objection to the proposed instructions as they now stand?

BY MR. OLIVER: No objection from the defense.

BY THE COURT: Does the United States have any objection concerning any refusal by the Court to give any instruction that may have been offered by the Government that's not included within the proposed instructions?

BY MR. SNYDER: No, sir.

BY THE COURT: Does the defendant have any objection concerning the Court's refusal to give any proffer instructions which is not covered by the proposed instructions?

BY MR. OLIVER: No, sir.

BY THE COURT: All right. Gentleman, I have been looking to find the guilt phase verdict form that we used in the Ingle case. It occurs to me that this one which should be identical and as I recall it simply puts to the jury the question