**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 20-2042

Jeffery William Paul

Petitioner

v.

United States of America

Respondent

---

Petition for permission to file a Successive Habeas Petition
(6:13-cv-06014-JLH)
(6:96-cr-60022-TLB-1)

---

**ORDER**

Petitioner's motion for leave to file a reply is granted.

June 17, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans