**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No: 20-2042

---

Jeffery William Paul

Petitioner

v.

United States of America

Respondent

---

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:13-cv-06014-JLH)
(6:96-cr-60022-TLB-1)

---

**JUDGMENT**

Before COLLOTON, BEAM, and BENTON, Circuit Judges.

Jeffery Paul's motion for authorization to file a successive motion under 28 U.S.C. § 2255 has been considered by the court and is denied.

June 29, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Michael E. Gans